AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▼

| | | |
|---|---|---|
| Luis Lopez Serrano <br> Luisa Moron <br><br><br> *Plaintiff(s)* <br><br> v. <br><br> Mr. Fulfillment LLC, <br> Farago Paul <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   1:26-cv-21839-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Farago Paul
1728 NE Miami Gardens Drive
Miami, FLL 33179

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shedwin Eliassin Esq
Fla Bar No.: 1060990
Gallardo Law Office P.A
8492 SW 8th Street
Miami, FL 33144
305-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 19, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | | |
|---|---|---|
| Luis Lopez Serrano<br>Luisa Moron | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) | |
| MP Fulfillment LLC<br>Farago Paul | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MP Fulfillment LLC via its Registered Agent:
 Marc Furmanski
 957 NE 193 Terrace
 Miami, FL 33179


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shedwin Eliassin Esq
 Fla. Bar No. 1060990
 Gallardo Law Office P.A.
 8492 SW 8th Street
 Miami, FL33144
 305-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
                                            *Signature of Clerk or Deputy Clerk*